```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                        CASE NO. 04 B 36233
    MICHAEL S KERR
    DONALYN KERR                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-3864      SSN XXX-XX-7663


 -----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
 -----------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

       1.  The case was filed on 09/30/04 and confirmed on 01/20/05.

       2.  The plan is paid in full.

       3.  The Debtor paid a total of $  28604.21 .

       4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 9928.62 | .00 | 9928.62 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| GREEN TREE | MORTGAGE ARRE | 439.63 | .00 | 439.63 |
| GREATER SUBURBAN ACCEPT | SECURED | 7164.58 | 901.54 | 7164.58 |
| HARRIS BANK CONSUMER LOA | SECURED | 5000.00 | 689.13 | 5000.00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 180.53 | .00 | 18.05 |
| SMC | UNSECURED | 722.56 | .00 | 72.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 682.18 | .00 | 68.22 |
| GREATER SUBURBAN ACCEPT | SPECIAL CLASS | 1412.30 | .00 | 1412.30 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 806.30 | .00 | 80.63 |

            Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22532.83 | .00 | 3803.87 | .00 | 26336.70 |
| PRINCIPAL PAID | 22532.83 | .00 | 1651.46 | .00 | 24184.29 |
| INTEREST PAID | 1590.67 | .00 | .00 | .00 | 1590.67 |
| TOTAL PAID | 24123.50 | .00 | 1651.46 | .00 | 25774.96 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2200.00
and was paid $    600.00  direct and $   1600.00  through the plan.

The Trustee received $    1219.25 .

Refunds to the Debtor totaled $      10.00 .

       Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```